**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

CHAD BUTTS,

Plaintiff,

v.

CASE NO: 24-cv
HONORABLE:

DAVID ALDRICH, GARY BIGGS, JESS LOUDENSLAGER, and CLARE COUNTY,

Defendants.

| | |
|---|---|
| CHRISTOPHER TRAINOR & ASSOCIATES<br>CHRISTOPHER J. TRAINOR (P42449)<br>AMY J. DEROUIN (P70514)<br>JONATHAN A. ABENT (P78149)<br>Attorneys for Plaintiff<br>9750 Highland Road<br>White Lake, MI 48386<br>(248) 886-8650 / (248) 698-3321-FAX<br>shanna.suver@cjtrainor.com<br>amy.derouin@cjtrainor.com<br>jon.abent@cjtrainor.com | |

THERE ARE NO OTHER PENDING OR RESOLVED ACTIONS ARISING OUT OF THE TRANSACTION OR OCCURRENCE ALLEGED IN THE COMPLAINT

## COMPLAINT AND JURY DEMAND

**NOW COMES** Plaintiff, **CHAD BUTTS,** by and through his attorneys, CHRISTOPHER TRAINOR & ASSOCIATES, and for his Complaint against the above-named Defendants states as follows:

1. Plaintiff is currently a resident of the City of Harrison, County of Clare, State of Michigan.

2. Defendants DAVID ALDRICH, GARY BIGGS, and JESS LOUDENSLAGER are and/or were police and/or corrections officers working for and/or assigned to the Clare County Sheriff's Department at all times mentioned herein were acting under color of law, in their individual and official capacities, and within the course and scope of their employment.

3. Defendant CLARE COUNTY is a municipal corporation and/or governmental subdivision that is organized and existing under the laws of the State of Michigan.

4. All events giving rise to this lawsuit occurred in the County of Clare, State of Michigan.

5. This lawsuit arises out of Defendants' violation of Plaintiff's federal constitutional rights as secured by the Fourth Amendment as it applies to the States through the Fourteenth Amendment to the United States Constitution and consequently, Plaintiff has a viable claim for damages under 42 U.S.C. §1983.

6. Jurisdiction is vested in this Court pursuant to 28 U.S.C. §1331 [federal question] and 28 U.S.C. § 1343 [civil rights].

7. That the amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00), not including interest, costs, and attorney fees.

**FACTS**

8. Plaintiff realleges and incorporates by reference each and every paragraph of this Complaint as though fully set forth herein.

9. On July 29, 2023, Plaintiff attended the Clare County Fair with his wife, his friends, and his dog.

10. Defendant LOUDENSLAGER, a mounted deputy, profanely told Plaintiff to remove his dog from the fair by stating “get your fucking dog out of the fair” or similar.

11. Plaintiff left and walked his dog to the Clare County Sheriff’s Department tent at the Clare County Fair and asked to speak to a supervisor.

12. A sheriff’s deputy, upon information and belief, Defendant BIGGS, refused Plaintiff’s request.

13. Defendant ALDRICH arrived and, with no probable cause or reasonable suspicion, grabbed Plaintiff by the arm.

14. Defendant BIGGS, also with no probable cause or reasonable suspicion, grabbed Plaintiff by his other arm.

15. Defendant ALDRICH then slammed Plaintiff face-first into a wall.

16. Defendant ALDRICH then immediately body slammed Plaintiff face-first

onto the asphalt.

17. Plaintiff was handcuffed and arrested.

18. As a result of Defendants' unlawful actions, Plaintiff was treated by emergency medical personnel at the scene and then taken to the emergency room.

19. Arising out of the subject incident, Plaintiff was charged with: (a) one felony count of resisting/obstructing a police officer causing injury; and (b) one felony count of resisting/obstructing a police officer.

20. Upon information and belief, on April 12, 2024, the Clare County Circuit Court dismissed the criminal charges against Plaintiff arising from the subject incident.

21. As a result of Defendants' unreasonable and/or unlawful actions and/or inactions, Plaintiff suffered significant injuries and damages.

**COUNT I**
**42 U.S.C. § 1983**
**VIOLATION OF THE FOURTH AMENDMENT**
**EXCESSIVE FORCE/FAILURE TO INTERVENE**
**ALL INDIVIDUAL DEFENDANTS**

22. Plaintiff realleges and incorporates by reference each and every paragraph of this Complaint as though fully set forth herein.

23. The Fourth Amendment to the United States Constitution establishes that Plaintiff has the right to be free from unreasonable searches and seizures.

24. At all relevant times herein, the individual Defendants acted under color of law, within the scope and course of their employment, and in their official and individual capacities.

25. The individual Defendants violated Plaintiff's clearly established and federally protected rights as set forth under the United States Constitution and the Amendments thereto, including, but not limited to, the Fourth Amendment of the United States Constitution to be free from unreasonable searches and seizures.

26. The individual Defendants violated Plaintiff's Fourth Amendment right to be free from the use of unreasonable and/or excessive by using such force against him during the events on or about July 29, 2023 including, but not limited to, forcefully grabbing Plaintiff the arm(s), slamming Plaintiff face-first into a wall, and body slamming Plaintiff face-first onto the asphalt, all with no justification whatsoever.

27. At the time of the incident, Plaintiff was not committing a crime, serious or otherwise, did not pose a threat to Defendants nor anyone else, nor was Plaintiff attempting to flee or otherwise resist arrest.

28. The individual Defendants further observed and/or had reason to know that excessive would be, or was being, used against Plaintiff.

29. The individual Defendants had both the opportunity and the means to prevent the use of excessive force against Plaintiff, yet failed to do so.

30. The actions and/or inactions of the individual Defendants were at all times objectively unreasonable in violation of Plaintiff's clearly established rights under the Fourth Amendment to the United States Constitution which proximately resulted in significant injuries to Plaintiff.

31. The individual Defendants acted under color of law and are not entitled to qualified immunity because they violated Plaintiff's clearly established Fourth Amendment rights to be free to unreasonable searches and seizures including, but not limited to, be free from the use of excessive force.

32. As a proximate result of the violations and/or deprivations of Plaintiff's constitutional rights by the individual Defendants, Plaintiff has a viable claim for compensatory and punitive damages pursuant to 42 U.S.C. § 1983, together with costs, interest, and attorney fees as set forth in 42 U.S.C. § 1988.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court enter an award in his favor and against Defendants in an amount in excess of Seventy-Five Thousand Dollars ($75,000.00) exclusive of costs, interest, and attorney fees.

## COUNT II
## CONSTITUTIONAL VIOLATIONS
## DEFENDANT CLARE COUNTY

33. Plaintiff realleges and incorporates by reference each and every paragraph of this Complaint as though fully set forth herein.

34. Defendant CLARE COUNTY acted recklessly and/or with deliberate indifference when they practiced and/or permitted customs and/or policies and/or practices that resulted in constitutional violations to Plaintiff.

35. These customs and/or policies and/or practices included, but were not limited to, the following:

a. Failing to adequately train and/or supervise its law enforcement officers so as to prevent violations of citizen's constitutional rights;

b. Failing to adequately train and/or supervise its law enforcement officers regarding reasonable searches and seizures;

c. Failing to supervise, review, and/or discipline law enforcement officers whom Defendant CLARE COUNTY knew or should have known were violating or were prone to violate citizens' constitutional rights, thereby permitting and/or encouraging their police officers to engage in such conduct; and

d. Failing to adequately train and/or supervise its law enforcement officers in the proper policies and procedures for conducting reasonable searches and seizures.

e. Failing to equip its law enforcement officers with specific tools to handle recurring situations.

36. Defendants' conduct demonstrated a substantial lack of concern for whether an injury resulted.

37. Defendants' acts and/or indifference and/or omissions were the direct and proximate cause of Plaintiff's injuries.

38. The facts as set forth in the preceding paragraphs constitute a violation of Plaintiff's Fourth and/or Fourteenth Amendment rights pursuant to 42 U.S.C. § 1983, and Plaintiff has a viable claim for compensatory and punitive damages plus interest, costs, and attorney fees as set forth in 42 U.S.C. §1988.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court enter an award in Plaintiff's favor and against Defendants in an amount in excess of Seventy-Five Thousand Dollars ($75,000.00), exclusive of costs, interest, and attorney fees.

Respectfully Submitted,
CHRISTOPHER TRAINOR & ASSOCIATES

**s/ Jonathan A. Abent**
CHRISTOPHER J. TRAINOR (P42449)
AMY J. DEROUIN (P70514)
JONATHAN A. ABENT (P78149)
Attorneys for Plaintiff
9750 Highland Road
White Lake, MI 48386
(248) 886-8650
shanna.suver@cjtrainor.com
amy.derouin@cjtrainor.com
jonathan.abent@cjtrainor.com

Dated: August 19, 2024
*JAA*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

CHAD BUTTS,

Plaintiff,

v.

CASE NO: 24-cv
HONORABLE:

DAVID ALDRICH, GARY BIGGS, JESS LOUDENSLAGER, and CLARE COUNTY,

Defendants.

| | |
|---|---|
| CHRISTOPHER TRAINOR & ASSOCIATES<br>CHRISTOPHER J. TRAINOR (P42449)<br>AMY J. DEROUIN (P70514)<br>JONATHAN A. ABENT (P78149)<br>Attorneys for Plaintiff<br>9750 Highland Road<br>White Lake, MI 48386<br>(248) 886-8650 / (248) 698-3321-FAX<br>shanna.suver@cjtrainor.com<br>amy.derouin@cjtrainor.com<br>jon.abent@cjtrainor.com | |

**DEMAND FOR TRIAL BY JURY**

**NOW COMES** Plaintiff, **CHAD BUTTS,** by and through his attorneys, CHRISTOPHER TRAINOR & ASSOCIATES, and hereby makes a demand for trial by jury in the above-entitled cause.

Respectfully Submitted,
CHRISTOPHER TRAINOR & ASSOCIATES

**s/ Jonathan A. Abent**
CHRISTOPHER J. TRAINOR (P42449)
AMY J. DEROUIN (P70514)
JONATHAN A. ABENT (P78149)
Attorneys for Plaintiff
9750 Highland Road
White Lake, MI 48386
(248) 886-8650
shanna.suver@cjtrainor.com
amy.derouin@cjtrainor.com
jon.abent@cjtrainor.com

Dated: August 19, 2024
*JAA*